UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

**NORTH CENTRAL STATES REGIONAL**
**COUNCIL OF CARPENTERS' PENSION**
**FUND and BRIAN GENTRY,**

        **Plaintiffs,**

**vs.**                                               **Case No. 08-cv-435-bbc**

**CORY D. LOUIS d/b/a**
**CENTERLINE WALL SYSTEMS INC.,**

        **Defendant.**
_____

## ENTRY OF DEFAULT
_____

      Plaintiff requests that the Clerk of Court enter default against defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

      Dated this 11th day of September, 2008.

                                                            s/Joel W. Turner
                                                           Acting Clerk of Court