UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL COUNCIL
OF CARPENTERS' PENSION FUND
and BRIAN GENTRY,

                Plaintiffs,

vs.                               Case No. 08-C-0435

CORY D. LOUIS d/b/a CENTERLINE WALL SYSTEMS, INC.,

                Defendant.

## ORDER FOR DEFAULT JUDGMENT AND INJUNCTIVE RELIEF

Motion for default judgment brought by the plaintiffs in the above-captioned action was submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

    2.    Defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc. violated the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds and by failing to submit to an audit of the company's

books and records by the Plaintiff Funds designated representative covering the period of January 1, 2007 to the present date.

3. Plaintiffs must conduct an audit of defendant's payroll records to liquidate their claims and proceed to judgment.

**IT IS HEREBY ORDERED:**

(a) that Cory D. Louis d/b/a Centerline Wall Systems, Inc. is to submit within ten (10) days of the date of this Order to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period of January 1, 2007 to the present date; and

(b) that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall enter judgment in favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney fees.

Dated at Madison, Wisconsin, this 29th day of October, 2008.

_Barbara B. Crabb_
U. S. District Court Judge