UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND and BRIAN GENTRY,

        Plaintiffs,

v.                                         Case No. 08-CV-0435

CORY D. LOUIS d/b/a CENTERLINE
WALL SYSTEMS, INC.,

        Defendant.

---

### ORDER

A hearing was held on May 6, 2009 in Room 250 of the United States Courthouse at 120 North Henry Street, Madison, WI on Plaintiff's Motion for Order to Show Cause and for Judgment of Contempt for Violation of Court Injunction;

Appearances at the hearing were Christopher J. Ahrens counsel for the moving Plaintiffs;

A Notice was sent by Plaintiffs to the designated responsible party for the above-named Defendant, Corey D. Louis;

The designated responsible party for the above-named Defendant, Corey D. Louis, failed to appear at the hearing and was not available by phone;

**IT IS HEREBY ORDERED** that the above-named defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc. is hereby in contempt for violating the Court's Order dated October 29, 2008 for failing to submit to an audit of the company's books and

records by the plaintiff Fund's designated representative covering the period January 1, 2007 to the present date.

AND ~~ARE~~ IS HEREBY DIRECTED to purge ~~themselves~~ himself of such contempt by submitting to an audit of the company's books and records by the Plaintiff Fund's designated representative on May 18, 2009 at 9:30 a.m. at the offices of Corey D. Louis d/b/a Centerline Walls Systems., located at 2823 285th Street, Saint Croix Falls, Wisconsin; and that the results of said audit shall be submitted to the court within thirty (30) days of the completion of the audit, and the Clerk of Court shall enter judgment in favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Funds as reported by the auditor, along with Plaintiffs' costs and attorney fees.

**IT IS HEREBY ORDERED** that the designated responsible party for the above-named Defendant, Corey D. Louis, is compelled to appear at an adjourned show cause hearing on June 10, 2009 at 8:30 a.m. in Room 250 of the United States Courthouse, 120 North Henry Street, Madison, WI.

**IT IS FURTHER ORDERED** that the Court will consider whether to impose sanctions against the Defendant and the designated responsible party for the above-named Defendant for the failure to appear

Dated this 7th day of May, 2009.

BY THE COURT:

_Barbara B. Crabb_
Barbara B. Crabb, District Judge

2