DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

JUN 1 1 2009

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND and BRIAN GENTRY,

      Plaintiffs,

v.                                     Case No. 08-CV-0435

CORY D. LOUIS d/b/a CENTERLINE
WALL SYSTEMS, INC.,

      Defendant.

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

1.     Defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.     Defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc. violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Fund.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, and attorney fees and costs.

4. The court assesses the total damages to the Plaintiffs in the sum of $26,159.39.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry, and against Defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc. in the amount of $26,159.39 together with interest at the rate allowed by law.

Dated this 9th day of June, 2009.

BY THE COURT

Barbara B. Crabb
U. S. District Court Judge