DOCKET#
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN
JUN 11 2009

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

NORTH CENTRAL STATES REGIONAL
COUNCIL OF CARPENTERS' PENSION
FUND and BRIAN GENTRY,

      Plaintiffs,

v.                                    Case No. 08-CV-0435

CORY D. LOUIS d/b/a CENTERLINE
WALL SYSTEMS, INC.,

      Defendant.

---

### ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, North Central States Regional Council of Carpenters' Pension Fund and Brian Gentry, recover from the Defendant Cory D. Louis d/b/a Centerline Wall Systems, Inc., the sum of $26,159.39 with interest thereon at the rate that is provided by law.

Dated this 11th day of June, 2009.

_Peter Oppeneer_
Clerk of Court

_____
Deputy Clerk

Approved as to form this 9th day of June, 2009.

_Barbara B. Crabb_
U. S. District Court Judge

- 2 -